No. 1170. FERGUSON ET AL. *v.* UNITED STATES. Certiorari, *ante,* p. 805, to the United States Court of Appeals for the Tenth Circuit. The motion for the appointment of counsel is granted and it is ordered that *A. Kenneth Pye, Esquire,* of Washington, District of Columbia, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioners in this case.

No. 1019, Misc. BRISTOW *v.* WARDEN, MARYLAND PENITENTIARY;

No. 1023, Misc. PETERSEN *v.* HERITAGE, WARDEN;

No. 1320, Misc. MELENDEZ *v.* HERITAGE, WARDEN;

No. 1342, Misc. LOPEZ *v.* HERITAGE, WARDEN;

No. 1349, Misc. HORNBECK *v.* NEW YORK PAROLE BOARD;

No. 1380, Misc. SUAREZ *v.* HERITAGE, WARDEN;

No. 1381, Misc. GONZALEZ *v.* HERITAGE, WARDEN;

No. 1449, Misc. WILLIAMS *v.* ANDERSON ET AL.;

No. 1453, Misc. WELLS *v.* MAXWELL, WARDEN;

No. 1457, Misc. BONHAM *v.* UNITED STATES;

No. 1464, Misc. REECE *v.* RHAY, PENITENTIARY SUPERINTENDENT;

No. 1482, Misc. CANTRELL *v.* MAXWELL, WARDEN;

No. 1514, Misc. WINSTON *v.* WARDEN, U. S. PENITENTIARY;

No. 1544, Misc. FOLENIUS *v.* SACKS, WARDEN, ET AL.; and

No. 1559, Misc. DUNCAN *v.* ROBBINS, WARDEN, ET AL. Motions for leave to file petitions for writs of habeas corpus denied.

No. 1186, Misc. WHITE *v.* UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT ET AL. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Solicitor General Cox* for respondents.